**Ricky Eugene McCABE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74903.**

Missouri Court of Appeals,
Western District.

March 12, 2013.

Mark A. Grothoff, for Appellant.

Mary H. Moore, for Respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

### ORDER

PER CURIAM:

Ricky McCabe appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. McCabe sought to vacate his conviction for possession of a prohibited article in a county jail, section 221.111, and sentence as a persistent offender to twenty-five years imprisonment. In his sole point on appeal, he claims that trial counsel was ineffective in objecting to the State's request to strike a juror for cause. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).